# EXHIBIT 1

COMMONWEALTH OF VIRGINIA
*CIRCUIT COURT OF FAIRFAX COUNTY*
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

**Rose Myers vs. MITRE Corporation**

CL-2020-0013011

**TO:   MITRE Corporation**
   **7525 Colshire Dr**
   **McLean VA 22102**

### SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on August 31, 2020.

JOHN T. FREY, CLERK

By: _____
Deputy Clerk

**Plaintiff's Attorney:   Pro Se**

FAIRFAX CIRCUIT COURT CIVIAL DIVISON OF Virginia

FILED CIVIL INTAKE

2020 AUG 28 AM 10: 00

JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

**Rose Myers**

**10906 Dappled Grey Way**

**Upper Marlboro, MD 20772**          Case No: 2020 13011

    **Plaintiff**

**VS**

**MITRE Corporation**

**7525 Colshire Dr, McLean, VA 22102**

    **Defendant**

**Race and Sex discrimination & Sexual Harassment Civil Lawsuit in the work place**

COMES NOW the Plaintiff, Rose Myers

WHEREFORE, The Plaintiff respectful requests:

1. Seeking monetary damages of 800,000.00 plus Court costs for Sexual and Race Discrimination and Bulling in my work place, and other relief in the civil justice system.
2. I experienced Sexual harassment and Race Discrimination and a Hostile work environment in my office (MITRE Security Operation Center, McLean, VA ) workplace causing significant emotional pain, anxiety, severe panic attached, High Blood Pressure, Acid Reflux, and severe Depression, hair Loss from the stress of the Harassment.
3. I received an offer letter to work as A Part -time On-call at MITRE Security Operation Center, McLean, VA on Sept 19,2014 by Human Resource Specialist Angie Morris. I was assigned to every week Saturday and Sunday 2pm – 10pm shift and I was told by management I needed to also be available to work doing the week or staff over my shift is someone called in. I was ordered to make sure I have to be available to work every weekend. I accepted the position.
4. I was subjected to harsh and constant bullying by Supervisor Donny Carrington daily while I worked. He would order the other staff to watch and follow me on the Cameras. They where order to miss use surveillance cameras. Donny Carrington would yell at me and stand over me and say mean a hateful and bulling things to me.
5. I was the only Black Female working on the 2pm-10pm Shift my 1st line Supervisor was name Rick Secondo. On many occasions when I worked along with Rick Secondo he would make Sexual Derogatory Remarks about woman. During my shift they would keep the tv on and watch it during our shift. He would say Rose look that Woman she has nice Rack on her he was referring to her breast. Another thing he would say she has a nice pair of legs and her body looked good. I told him I didn't like them talking like this but this continued for my whole duration I worked there. All the men there wanted to talk and degrade a woman body.

Especially Supervisors Rick Secondo and Donny Carrington. There were times I caught them looking at me in appreciate. Once in a Staff Meeting with Donny Carrington Rick Secondo walked in to discuss about a female Military Officer wanted to schedule a visit to MITRE. While I was sitting their Rick, Secondo described the woman to Donny Carrington. These was his words did you see that lady she had a nice pair of Racks (he was talking about her breast) on her and a great pair of legs. There had this nasty look and smirk on their faces. All I did was shook my head as I felt very uncomfortable in the meeting. I told other person on the staff do they all ways talk like that and they said yes.

6. I filed a written Sexual Harassment Compliant on 9/18/15 to MITRE Human Resource SPC Desiree A. Porter 9-19-15. Desiree A. Porter acted as though she was ensuring me that there will be no repercussions regarding me filing my complaint. It got so bad with the stress and my health she asked me if I want to take sometime off until the compliant was selded. I said yes, I was not given any pay or offered any employee counseling.

7. I met with Desiree A. Porter on 9-26-15 and several other times. She assured those male employees would be taken care of and they would be discipline and Sexual Harassment will not be tolerated. Once of my meetings I met with her and MITRE Attorney and I asked what will happened to those guys. Both could not give me a straight answer. The only thing I was told all the other employees with receiving Sexual Harassment Training. That was a slap in my face because I knew would walk away Scott free. And both told me in some many words their nothing you can do about but just let them be boys and do what ever they wanted to do. They acted as though this was normal for the men to act this way.

8. I was told by Desiree A. Porter I could come back to work and retrained after 6 months. I also had a test on my job and passed it. Desiree A. Porter assured and told me my job was still their and I could come back to work when I was well enough. She assured me things would change and the men there would no longer talk sexual and no one would bother me.

9. It was several months before she bought me back on the schedule. I asked numerous of occasions when can I start back to work. She kept saying not right now and she kept reminding me my job was Part-time On call and they could call me when they have work available.

10. I asked on multiple occasions I wanted to speak to someone in EEO, EAP or someone in Civil Rights Office. HR Desee A. Porter refused to provide me with their contact information.

11. After the next year she allowed me to come back and retrain. Everyone (men) looked at mean strange no one spoke to me treated me different. They made me totally felt isolated me from everyone else.

12. I came back to work in December and as I was working the White Supervisor Rick Secondo still made sexually content about a woman that was on tv how she had sexy pair of legs.

13. I looked at him and just shook my head. He said I am sorry and their noting wrong with commenting on a beautiful woman who had a sexy pair of legs.

14. I knew right away nothing has change and the men will continue talk sexual content around and over me. It made me felt very uncomfortable.

15. They used the surveillance to watch and spy on me. I could see the monitors moving around me throughout the hall way.

16. I asked them multiple times what was the outcome of my sexual harassment complaint they didn't really give me no information, but the employees were sent to one Sexual Harassment class. None of them was not discipline regarding their behavior in the work place.

17. I was kept on the rolls for an additional 1 ½ year they wrote me out of the contract. No other person was let go but me I was not giving a reason why could couldn't continue work for MITRE.

18. I am a single black mother who took that job to help pay for my son school.

19. I should be allowed to work in a job with out been subject to any sexual advances or verbiage or be harassed on the job by any men or person.

20. I filed this case because I don't want another women to every feel and go what I went through on this job. I want woman to be brave enough to speak out and not be afraid of the retaliation behind filing.

21. I asked the courts to subpoena all original signed timecards and leave slips for all MTIRE Operations employees from 2014-2018. To show other employees to leave and I wasn't allowed to fill into work for them because I had a case against them. I also would like to subpoena Rick Secondo and Donny Carrington to testify under Oath of their behavior. I am also requesting all EEO Complaints that where filled 2013- 2020 to show any EEO cases that were filed against management or any employees.

Respectfully.

*Rose Myers* 8-28-20

Rose Myers

10906 Dappled Grey Way
Upper Malboro MD 20772
571-287-1281
rosemyers122@yahoo.com